IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR306 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN MOORE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On March 7, 2008, the defendant appeared with counsel for a dispositional hearing on an Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 59). Defendant was present and represented by Karen Shanahan. Plaintiff was represented by Maria R. Moran, Assistant United States Attorney. The Court revoked the defendant's supervised release and proceeded to sentencing.

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of one year and 1 day. He is to receive credit for all time served pending disposition on the Petition and Amended Petition for Warrant or Summons for Offender Under Supervision (Filing Nos. 52 and 59).

2) Upon completion of the defendant's incarceration, his supervised release will terminate.

3) Defendant is allowed to self-surrender for service of his sentence on or before 2 p.m. March 14, 2008, at the Office of the United States Marshal, 111South 18th Plaza, Suite

B06, Omaha, Nebraska.. Pending the defendant's self-surrender, he is subject to the same terms and conditions of release previously imposed on September 7, 2001 (Filing No. 43).

DATED this 7th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
UNITED STATES DISTRICT COURT